UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-60378-CIV-WPD

LEONARDO SILVA OLIVEIRA,

    Plaintiff,

vs.

CITY OF COCONUT CREEK, GREGORY TONY,
as Sheriff of Broward County; FLORIDA DEPARTMENT
OF CORRECTIONS, SGT FRANCIS MCMANUS,
PROBATION OFFICER KATHY NORTON, and OTHER
OFFICERS, DEPUTIES, and/or OTHER EMPLOYEES, individually,

    Defendants.

_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on _____. The **Calendar Call** will be held at _____. A **Status Conference** will be held at _____. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **February 5, 2024** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **April 15, 2024,** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed.R.Civ.P. 26(a)(2) by | **May 6, 2024** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed.R.Civ.P. 26(a)(2) by | **May 20, 2024** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed.R.Civ.P. 26(a)(2) by | **June 11, 2024** |

| | | |
|---|---|---|
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date and place for mediation by | **January 22, 2024** |
| 7. | Fact discovery shall be completed by | **September 5, 2024** |
| 8. | Expert discovery shall be completed by | **September 5, 2024** |
| 9. | Dispositive motions, including those regarding summary Judgment and Daubert, shall be filed by | **September19, 2024** |
| 10. | Mediation shall be completed by | **September30, 2024** |
| 11. | All pretrial motions and memoranda of law, including motions In limine, shall be filed by | **September12, 2024** |
| 12. | Joint pretrial stipulation, proposed jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **November 20, 2024** |
| 13. | Electronic versions of documentary exhibits and Certificate of Compliance re Admitted Evidence shall be filed on CM/ECF by | **November 13, 2024** |

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this

\_\_\_\_ day of May, 2023.


HONORABLE WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

**Copies furnished to:**
Christopher J. Whitelock, Esq. and Meredith A. Chaiken, Esq.,
cjw@whitelocklegal.com; mac@whitelocklegal.com
Michael D. Schutt, Esq.
mike@fuentesberrio.com; pleadings@fuentesberrio.com; litigation@fuentesberrio.com; paralegal@fuentesberrio.com
Michael R. Piper, Esq. and Christopher J. Stearns, Esq.
piper@jambg.com; andrews@jambg.com; stearns@jambg.com; cintron@jambg.com; young@jambg.com
Joan Carlos Wizel, Esq. and Onier Llopiz, Esq.
jcw@l-wfirm.com; admin@l-wfirm.com; ol@l-wfirm.com; gb@l-wfirm.com