UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60378-WPD

LEONARDO SILVA OLIVEIRA,

      Plaintiff,

vs.

CITY OF COCONUT CREEK, GREGORY TONY, As Sheriff of Broward County, FLORIDA DEPARTMENT OF CORRECTIONS, and SGT. FRANCIS MCMANUS, PROBATION OFFICER KATHY NORTON AND OTHER OFFICERS, DEPUTIES and/or OTHER EMPLOYEES, individually,

      Defendants.
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | March 17, 2025 |
| TIME: | 10:00 am |
| PLACE: | VIA ZOOM VIDEO CONFERENCING |
| MEDIATOR: | Ricardo J. Cata<br>*Fully Bilingual: Spanish* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2025, a copy of the above was sent via Electronic Mail to: Michael Schutt, Esquire, schutt@thetrialfirm.com; Joan Carlos Wizel, Equire and Onier Llopiz, Esquire, jcw@l-wfirm.com; ol@l-wfirm.com; gb@l-wfirm.com; admin@l-wfirm.com; cp@l-wfirm.com; Christopher Whitelock, Esquire, and Meredith Chaiken, Esquire, cjw@whitelocklegal.com; mac@whitelocklegal.com; ark@whitelocklegal.com.

By: /s/ Ricardo J. Cata
Ricardo J. Cata
Mediator #30040R
Upchurch Watson White & Max
2 S. Biscayne Blvd, Suite 2030
Miami, FL 33131
305-266-1224 phone / 305-640-8447 facsimile