# ☐ COMPLAINT AFFIDAVIT

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

BROWARD COUNTY

ARREST # *CK22-0028*

OBTS #

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| *COCONUT CREEK PD* | *2022-01864* | *CK22-0028* | [redacted] | [redacted] | [redacted] |

Defendant's Last Name: *SILVAOLIVEIRA* | First: *LEONARDO* | Middle | SUF | Alias/Street Name | Citizenship: [redacted]

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| *W* | *M* | *5'09* | *160* | *BLACK* | *BROW* | *MEDIU* | *26* | *12/22/1995* | [redacted] |

Permanent Address: [redacted]

Scars, Marks, TT

Residence Type: (X1) City (2) County (3) Florida (4) Out of State | Local Address: [redacted]

Place of Employment: [redacted] | Length

How long defendant in Broward County: | Breathalyser By/CCN | Reading | Place of Arrest: [redacted] | Date/Time Arrested: *01/20/2022 18:00* | Arresting Officer(s) CCN: [redacted]

Officer Injured: Y ☐ N ☒ | Unit: *Y2* | Zone | Beat | Shift | Trans. Unit | PMD: Y ☐ N ☒ | Transporting Officer/CCN | Pick-up Time | Time Arrived/BSO

**TYPE / ACTIVITY:** ___/___

Type: N-N/A, A-Amphetamine, B-Barbiturate, C-Cocaine, E-Heroin, H-Hallucinogen, M-Marijuana, O-Opium/Deriv., P-Paraphernalia/Equipment, S-Synthetic, U-Unknown, Z-Other

Activity: N-N/A, P-Possess, S-Sell, B-Buy, T-Traffic, A-Smuggle, D-Deliver, E-Use, M-Manufacture/Produce/Cultivate, K-Dispense/Distribute, Z-Other

| Indication of: | Y | N | UK |
|---|---|---|---|
| Alcohol Influence | ☐ | ☐ | ☐ |
| Drug Influence | ☐ | ☐ | ☐ |

Defendant's Vehicle Make: ______ Type: ______ Year: ______ Color: ______ VIN # ______

Vehicle Towed To: ______ Tag #: ______ Other identifiers or remarks: ______

Name of victim(s) (if corporation, exact legal name and state of incorporation):
*State Of Florida*

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| *1* | *VIOL PROB: 1 BURGLARY DWELLING* | | *17-008493CFAXX* |
| *1* | *VIOL PROB 2: GRAND THEFT* | | *17-008493CFAXX* |
| | | | |
| | | | |
| | | | |

## Probable Cause Affidavit

Before me this date personally appeared [redacted] who being first duly sworn deposes and says that on *20* day of *January*, (year) *2022* at [redacted] (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

W/M positively identified by D.A.V.I.D as Leonardo Oliveira DOB 12/22/1995 was arrested for an active warrant from Palm Beach County.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.

Officer/Affiant's Signature | Officer's Name/CCN: [redacted] | Officer's Division: *Street Crimes Unit*

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this *20* day of *January*, *2022* (year), by [redacted] (name and title), who is personally known to me or has produced ______ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

Title/Rank and CCN: [redacted]

[redacted]
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

BSO DB-#2 (Revised 05/00)

**COURT COPY**