VFC

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket #: 50-2017-CF-008493-AXXX-MB
DC #: W55216
Judge/Division: Caracuzzo / Z

# WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, Kathy Norton has made oath that on the 23rd day of October, A.D. 2017 one Leonardo Silva Oliveira, hereinafter referred to as the aforesaid, was placed on **probation** for the offense of I-Burglary of A Dwelling, II-Grand Theft in the Circuit Court of Palm Beach County, for a term of 18 Months in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his **probation** in a material respect by

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 5-4-18, the offender was instructed by Officer Kathy Norton to report to the probation office 6-1-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 7-6-18, the offender was instructed by Officer Kathy Norton to report to the probation office 7-6-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (2) of the Order of Probation,** by failing to pay the State of Florida the amount of $50.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender owes $450.00 as of 8-15-18.

**Violation of Condition (3) of the Order of Probation,** by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that on or about 7-25-18, the offender did move from his last known place of residence at 545 Trace Circle, Apartment #110, Deerfield Beach, FL 33441, without procuring the consent of the probation officer, as told to Officer Norton on 7-25-18, by Morisco Oliviera, the offender's father, and his current whereabouts is unknown.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Aggravated Assault /Weapon on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Battery on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

**Violation of Condition (10) of the Order of Probation,** by failing to make court costs payments to the probation officer as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated her probation, Officer Kathy Norton states the offender owes $756.00 as of 8-15-18 and supervision terminates on 4-22-19.

**Violation of Special Condition (8) of the Order of Probation,** by failing to successfully complete 100 hours of community service, at a rate of 10 hours per month, at a work site approved by the officer, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was instructed on 11-6-17 to complete 100 community service hours and the offender has not submitted verification of completion of his hours as of 8-15-18.

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid Leonardo Silva Oliveira, and bring him before me to be dealt with according to law.

Given under my hand and seal this 22 day of Aug, A.D. 2018

Judge Cheryl Caracuzzo
Circuit Court in and for Palm Beach County

✓ No bond, Nationwide extradition required by Interstate Compact
____ ROR
____ Bond set at $________
Extradition Instructions:
____________________



Distribution: Original: Sheriff's Office
Copy: Court File
Copy: DC Offender File

CASE # 50-2017-CF-008493-AXXX-MB

IN THE CIRCUIT COURT OF PALM BEACH COUNTY

**STATE OF FLORIDA**

VIOLATION OF PROBATION
**WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**LEONARDO SILVA OLIVEIRA**



THIS WARRANT WAS RECEIVED BY THIS DEPARTMENT AT ____________________ COUNTY, FLORIDA ON THE __________ DAY OF ____________________, A.D. 20____, AND EXECUTED IN ______________ COUNTY, FLORIDA ON THE ____________ DAY OF ____________________, A.D. 20____, BY ARRESTING THE WITHIN NAMED

______________________________

______________________________

**ARRESTING OFFICER**

______________________________

**DEPARTMENT**

______________________________

**DATE AND TIME OF SERVICE**

______________________________

**PLACE OF SERVICE**

IDENTIFYING DATA

AKA: _____
RACE: *white* SEX: Male DOB: *12-12-1995*
SMT: _____
HGT: 5'6" WGT: 213
EYES: Brown HAIR: Black
SS#: FDLE#: 08357168
DL#: S414520954620
CURRENT LOCATION/LAST KNOWN ADDRESS:
Unknown—LKA- 545 TRACE CIR, #110, Deerfield Bch, FL 33441

Phone: (Home) _____ (Cell) 561 - 763 - 2802
Residing with/relationship:
Employer name/phone: _____
Place of birth: RIO DE JANERIO
Vehicle info: none

| | Yes | No |
|---|---|---|
| History of violence: | ☒ | ☐ |
| Prior resisting arrest: | ☐ | ☒ |
| Prior use or possession of weapon | ☐ | ☒ |
| Interstate Compact case: | ☐ | ☒ |

(If yes, signed copy of "Offender Application for Interstate Compact Transfer" is attached)