# AFFIDAVIT OF KATHY NORTON

I, Kathy Norton, being first duly sworn, depose and state that I am over eighteen (18) years of age, *sui juris*, and that I make this affidavit from personal knowledge, as follows:

1. I worked at the Florida Department of Corrections ("FDOC") as a Probation Officer from 1992 through July of 2024.

2. At all times material to this action, I was acting under Florida law and within the course and scope of my duties with the FDOC which includes completing the warrant process.

3. On August 16, 2018, I executed an Affidavit for a Violation of Probation Warrant for a Mr. Leonardo Silva Oliveira in response to a violation of probation report. The Affidavit and Warrant are attached hereto at Exhibit "1."

4. This individual was on probation for Burglary of a Dwelling and Grand Theft.

5. The violations of probation included allegedly committing aggravated assault with a deadly weapon and battery, failure to report to his probation officer as directed, failure to complete community service and failing to pay costs of supervision as well as court costs.

6. As a probation officer for thirty-two (32) years, the information used in an Affidavit for a Violation of Probation Warrant comes from the FDOC file of this probationer that contained the personal information from the accessible law enforcement ("LEO") databases.

7. These databases included the Drive and Vehicle Information Database ("DAVID") and the PALMS system which contains information and data for identification purposes.

8. THE DAVID information comes from the Florida Department of Motor Vehicles, not FDOC. FDOC is not responsible for the information in DAVID. This information includes the driver's license number, automobile license plates, addresses, and even social security numbers. Thus, the driver's license number would come directly from DAVID, not FDOC.

9. FDOC also conducts audits of each probationary file which are performed by the initiating probation officer, not subsequent officers to whom a file is transferred.

10. I was not the initiating probation officer on the subject case file, rather it was transferred to me from the probationer's original probation officer.

11. At the time of obtaining the case file information, I never recalled observing or seeing any documents with a notation of "not him" nor did I see such reference at the time of completing the warrant to ever indicate that any information was incorrect.

12. The only information I had obtained for the warrant pertained directly to the information retrieved from these LEO databases contained in the file in order to have the warrant properly completed and executed by the Court. The information in that warrant, particularly, from DAVID and the Plaintiff's driver license number came directly from DAVID, not me.

13. That information was then inputted into the warrant for execution, and none of that information was ever erroneously entered by me; instead, I directly took the Driver License information and put that exact number into the warrant from DAVID.

14. On August 22, 2018, the warrant was executed by the Court, which was forwarded to the Palm Beach County Sheriff's Office ("PBSO") to execute same, as the violation of probation occurred within PBSO's jurisdiction.

15. I was not present at the arrest of the Plaintiff on January 20, 2022, in Broward County, Florida.

16. At no time did any law enforcement officer from either PBSO or the City of Coconut Creek Police Department contact me regarding the warrant or Plaintiff's arrest prior to or during the arrest of the Plaintiff.



Doc ID: 15d62fdf3ac9085c834839288dc0083573478350

17. In my thirty-two years as a probation officer, I never had an issue with a warrant containing misinformation of the probationer.

KATHY NORTON

STATE OF FLORIDA )
) SS:
COUNTY OF Broward )

**BEFORE ME**, the undersigned authority, personally appeared KATHY NORTON, who being first duly sworn, deposes and says on oath that she has read the foregoing Affidavit consisting of three (3) pages, subscribed to by her, and that the matters therein contained are true and correct to the best of her knowledge and belief.

**SWORN TO AND SUBSCRIBED** before me this 14 day of February, 2025.

NOTARY PUBLIC, State of Florida

Personally Known ____ OR Produced Identification ✓

Type of Identification Produced DL

APRIL R. ISRAEL
Notary Public - State of Florida
Commission # HH 486402
My Comm. Expires Mar 29, 2028
Bonded through National Notary Assn.



Doc ID: 15d62fdf3ac0085c834839288dc0083573478350

EXHIBIT "1"

VFO

**STATE OF FLORIDA**

**DEPARTMENT OF CORRECTIONS**

Docket #: 50-2017-CF-008493-AXXX-MB
DC #: W55216

# AFFIDAVIT
# VIOLATION OF PROBATION

Before me this day personally appeared Kathy Norton who, being first duly sworn says that Leonardo Silva Oliveira, hereinafter referred to as the offender, was on the 23rd day of October, A.D. 2017 placed on probation for the offense of I-Burglary of A Dwelling, II-Grand Theft in the Circuit Court of Palm Beach County, for a term of 18 Months in accordance with the provisions of Chapter 948, Florida Statutes.

Affiant states that the offender was instructed on the conditions of probation on 11-6-17 by Officer Kathy Norton.

Affiant further states that the offender has not properly conducted himself, but has violated the conditions of his probation in a material respect by:

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 5-4-18, the offender was instructed by Officer Kathy Norton to report to the probation office 6-1-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 7-6-18, the offender was instructed by Officer Kathy Norton to report to the probation office 7-6-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (2) of the Order of Probation,** by failing to pay the State of Florida the amount of $50.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender owes $450.00 as of 8-15-18.

**Violation of Condition (3) of the Order of Probation,** by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that on or about 7-25-18, the offender did move from his last known place of residence at 545 Trace Circle, Apartment #110, Deerfield Beach, FL 33441, without procuring the consent of the probation officer, as told to Officer Norton on 7-25-18, by Morisco Oliviera, the offender's father, and his current whereabouts is unknown.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Aggravated Assault /Weapon on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Battery on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

page2-aff
50-2017-CF-008493-AXXX-MB
Leonardo Silva Oliveira
W55216

**Violation of Condition (10) of the Order of Probation,** by failing to make court costs payments to the probation officer as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated her probation, Officer Kathy Norton states the offender owes $756.00 as of 8-15-18 and supervision terminates on 4-22-19.

**Violation of Special Condition (8) of the Order of Probation,** by failing to successfully complete 100 hours of community service, at a rate of 10 hours per month, at a work site approved by the officer, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was instructed on 11-6-17 to complete 100 community service hours and the offender has not submitted verification of completion of his hours as of 8-15-18.

**Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.**

Kathy B Norton
Kathy Norton
Officer

**THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO UNDER S. 117.10 OR 92.50, FLA. STAT.**

Sworn to and subscribed before me this 16th (day) of August (month), A.D. 2018 (year) by Kathy Norton, who is personally known to me or has produced identification ________________.

Signature of Attesting
Officer Under S. 117.10, F.S. ________________ Title: ________________

**OR**

Notary Public Angella A. Lewis

NOTARY PUBLIC STATE OF FLORIDA
ANGELLA A. LEWIS
MY COMMISSION # FF 03556
EXPIRES: August 2, 2019
Bonded Thru Budget Notary Services

State of Florida at Large for Broward County

Approved by Supervisor: Angella A. Lewis     Date: 8/16/18

954-786-5466 /crutchfield-norton.kathy@mail.dc.state.fl.us
Officer Telephone/E-Mail Address

DC3-216 (Revised 4/24/15)

Distribution: Original: Court
Copy: Left Side-Offender File

VFC

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket #: 50-2017-CF-008493-AXXX-MB
DC #: W55216
Judge/Division: Caracuzzo / Z

# WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, Kathy Norton has made oath that on the 23rd day of October, A.D. 2017 one Leonardo Silva Oliveira, hereinafter referred to as the aforesaid, was placed on **probation** for the offense of I-Burglary of A Dwelling, II-Grand Theft in the Circuit Court of Palm Beach County, for a term of 18 Months in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his **probation** in a material respect by

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 5-4-18, the offender was instructed by Officer Kathy Norton to report to the probation office 6-1-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 7-6-18, the offender was instructed by Officer Kathy Norton to report to the probation office 7-6-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (2) of the Order of Probation,** by failing to pay the State of Florida the amount of $50.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender owes $450.00 as of 8-15-18.

**Violation of Condition (3) of the Order of Probation,** by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that on or about 7-25-18, the offender did move from his last known place of residence at 545 Trace Circle, Apartment #110, Deerfield Beach, FL 33441, without procuring the consent of the probation officer, as told to Officer Norton on 7-25-18, by Morisco Oliviera, the offender's father, and his current whereabouts is unknown.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Aggravated Assault /Weapon on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Battery on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

page2-war
50-2017-CF-008493-AXXX-MB
Leonardo Silva Oliveira
W55216

**Violation of Condition (10) of the Order of Probation,** by failing to make court costs payments to the probation officer as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated her probation, Officer Kathy Norton states the offender owes $756.00 as of 8-15-18 and supervision terminates on 4-22-19.

**Violation of Special Condition (8) of the Order of Probation,** by failing to successfully complete 100 hours of community service, at a rate of 10 hours per month, at a work site approved by the officer, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was instructed on 11-6-17 to complete 100 community service hours and the offender has not submitted verification of completion of his hours as of 8-15-18.

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid Leonardo Silva Oliveira, and bring him before me to be dealt with according to law.

Given under my hand and seal this 22 day of Aug, A.D. 2018

Cheryl Caracuzzo

Judge Cheryl Caracuzzo
Circuit Court in and for Palm Beach County

✓ No bond, Nationwide extradition required by Interstate Compact
____ ROR
____ Bond set at $________
Extradition Instructions:

____________________

DC3-217 (Revised 11/15/16)

Distribution: Original: Sheriff's Office
Copy: Court File
Copy: DC Offender File

CASE # 50-2017-CF-008493-AXXX-MB

IN THE CIRCUIT COURT OF PALM BEACH COUNTY

**STATE OF FLORIDA**

VIOLATION OF PROBATION
**WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**LEONARDO SILVA OLIVEIRA**



THIS WARRANT WAS RECEIVED BY THIS DEPARTMENT AT ______________________ COUNTY, FLORIDA ON THE __________ DAY OF __________________, A.D. 20_____, AND EXECUTED IN ______________ COUNTY, FLORIDA ON THE ____________ DAY OF ________________________, A.D. 20____, BY ARRESTING THE WITHIN NAMED

______________________________________

______________________________________

**ARRESTING OFFICER**

______________________________________

**DEPARTMENT**

______________________________________

**DATE AND TIME OF SERVICE**

______________________________________

**PLACE OF SERVICE**

IDENTIFYING DATA

AKA: _____
RACE: *white* SEX: Male DOB: *12-12-1995*
SMT: _____
HGT: 5'6" WGT: 213
EYES: Brown HAIR: Black
SS#: FDLE#: 08357168
DL#: S414520954620
CURRENT LOCATION/LAST KNOWN ADDRESS:
Unknown—LKA- 545 TRACE CIR, #110, Deerfield Bch, FL 33441

Phone: (Home) _____ (Cell) 561 - 763 - 2802
Residing with/relationship:
Employer name/phone: _____
Place of birth: RIO DE JANERIO
Vehicle info: none

| | Yes | No |
|---|---|---|
| History of violence: | ☒ | ☐ |
| Prior resisting arrest: | ☐ | ☒ |
| Prior use or possession of weapon | ☐ | ☒ |
| Interstate Compact case: | ☐ | ☒ |

(If yes, signed copy of "Offender Application for Interstate Compact Transfer" is attached)