UNITED STATES DISTRICT COURT

SOUTHER DISTRICT OF FLORIDA

CASE NO.: 23-CV-60378-WPD

LEONARDO SILVA OLIVEIRA,

Plaintiff,

CERTIFIED ORIGINAL

vs.

CITY OF COCONUT CREEK, GREGORY TONY, As Sheriff of Broward County, FLORIDA DEPARTMENT OF CORRECTIONS, and SGT. FRANCIS MCMANUS, PROBATION OFFICER KATHY NORTON AND OTHER OFFICER, DEPUTIES and/or OTHER EMPLOYEES, individually,

Defendants.

_________________________/

VIDEOCONFERENCE DEPOSITION OF LEONARDO SILVA OLIVEIRA

DATE TAKEN: JANUARY 14, 2025

TIME: 9:50 AM – 4:32 PM

LOCATION: Via Zoom Videoconference

Taken before JOHNNY CALDERA, Court Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-style cause.

A I don't.

**Q And your testimony is that the officer was on an actual cell; is that correct, as opposed to a radio?**

A Yeah.

**Q Okay.**

A To my recollection, he was on his personal cell phone, yes.

**Q And so it was that point once you heard that that you considered yourself, I'm officially being arrested, correct?**

A Yes.

**Q And as you sit here today, you don't know who made that decision, correct?**

A I do not know.

**Q When you're in the unit being taken, I guess at first, you thought you were being taken to the police station. How many people were in the unit other than yourself? Obviously, there was a driver. Was there anybody else besides you two in the unit -- in the unit?**

A No, it -- it was just me and the driver.

**Q Okay. And before this phone call, and other than what you've told me in terms of things you overheard or that you engaged in directly, in terms of communications, is there anything else that you overheard or engaged in, any other communications that**

The drug court was in Broward. And in Palm Beach, I did a -- I did a class and got it dismissed also.

**Q Other than those two arrests prior to 2022, were there any others?**

A No.

**Q Any other criminal charges other than those two drug possession charges prior to 2022?**

A No, not that -- no, not that I recall. No.

**Q Have you ever met Kathy Norton, to your knowledge?**

A Kathy Norton? No, the name does not sound familiar to me.

**Q Okay. It's a female and you sued her. Do you know what, if anything, she had to do with the decision to arrest you on January 20th, 2022?**

A It was in her -- it was in the police officer's discretion to arrest me or not, so.

**Q Which -- which police officer had the discretion to arrest you?**

A I wouldn't know.

**Q Okay. So, my specific question relates to Kathy Norton. What did she have to do in terms of the actual decision to arrest you on January 20th, 2022, if -- if you know?**

A I -- I don't know.

didn't really understand it.

**Q You indicated that -- well, strike that. Did the -- when you say probation officer, who are you referring to?**

A I am referring to the officer in charge of the probation of the fugitive that was supposedly the one who granted the violation of probation for this to become an actual real warrant; that ended up being served on me, which is the wrong person.

**Q Okay. What communications, if any, did the arresting officer have with the -- this probation supervisor person that you're describing, if any?**

A Well, I just -- so the main -- the warrant itself was for a violation of probation.

So, that being said, you know, that's -- I'm assuming that this all initiated because the -- you know, the probation officer was in contact with -- with anyone executing these warrants.

**Q Do you remember my question?**

A How -- I'm sorry. Did you ask if -- how do I know --

**Q My question just simply is: yes or no, do you remember my question?**

A I mean, I guess not if I answered it wrong.

**Q Okay. What communications, if any, did this**

**probation officer person, supervisors you're describing, have with the arresting officer, if any?**

A I don't know.

**Q Do you know if the -- the police even spoke to a probation personnel, representative, officer, or anybody from the Florida Department of Corrections on the day or prior to the arrest about you?**

A I -- I don't know.

MR. WHITELOCK: I'm going to show you what's going to be marked as Defendant's 1 for this deposition.

(Thereupon, Defendant’s Exhibit 1 was marked for identification.)

BY MR. WHITELOCK:

**Q You recognize that photo?**

A Yeah.

**Q I'm sorry?**

A I recognize the person in the photo, yeah.

**Q Okay. Who is that?**

A That is me.

**Q Okay. That's you, on the date of the arrest on January 20th, 2020, correct?**

A Yes.

**Q Okay. And in that photo, which speaks for itself, you have a beard, and you have hair that exceeds**

I mean, that's definitely going to be directly related to a conversation he had with this lawyer at the time.

MR. WHITELOCK: I'm just asking what --

MR. SCHUTT: -- was any way of getting that -- getting around that that came from the lawyer, so.

BY MR. WHITELOCK:

**Q Okay. Well, what -- what personal knowledge do you have that there was a -- as you described it, a posted notation on a cover sheet stating, not him?**

A So what -- the knowledge I have of that is that there was -- so there was some information mix-up from, you know, I would assume the probation officer and -- and the -- the agencies that came and arrested me that -- so what I learned was that Palm Beach County arrested --

**Q That's it. I don't -- I don't -- let me -- I don't mean to interrupt you. You froze again. So, could you start?**

A Yeah. So, -- so I learned that Palm Beach County was the one who issued the warrant.

And Coconut Creek Police was the one pretty much harassing me before they came and got me.

And what I had learned was that they had known that it wasn't supposed to be me because like you had

**Q How long has Kathy Norton, to your knowledge, been at the Palm Beach Sheriff's Office?**

A I have no idea.

**Q Okay. Has she ever been accused while working at the Palm Beach County Sheriff's Office of falsifying report -- or falsifying warrant information?**

A I -- I wouldn't know that.

**Q When you say it was a not him notation, it was an actual notation on the file?**

A All I know was that meant -- what they meant by not him was that they meant, not me.

**Q What evidence do you have that prior to January 20th, 2022, that Kathy Norton had seen, whether it was a notation, whether it was a scribble, whether it was a writing of something to the effect of not him. Did she ever see that before you were arrested on January 20th, 2022?**

A I wouldn't know whether she saw it or not but was -- the message was sent to her.

**Q Okay. The message you're referring to is in the email that you reviewed?**

A The message I'm referring to is the -- is not him referring to me, as in, it wasn't me that they were supposed to be arresting.

**Q Okay. And you're referring to that as the**

(Brief pause.)
A I would assume around the time where they first came to my house to look for me.
**Q When was that?**
A I don't know the exact day, but if I'm not mistaken, on the week of the arrest, the Coconut Creek Police came to my -- to the -- my then apartment, the 3430 Hillsborough address, and told my -- told my brother the same story about how I wasn't in trouble and how I was a witness to a case.
And -- and they called my cell phone at one point and told me the same thing. And this was all maybe about a week before the -- the actual arrest. So.
**Q So sometime in 2022, according to your testimony under oath, someone from the Palm Beach Sheriff's Office told Kathy Norton about this not him notation, correct?**
A Correct.
**Q Okay. And so, how did the Palm Beach Sheriff's Office tell Probation Officer Norton that in 2022?**
A According --
**Q I'm sorry?**
A According to -- to the documents, it says, what -- it was, like, a Post-it note on the warrant

saying it wasn't me.

**Q How did PBSO tell Kathy Norton that in 2022 is my question?**

A How did they tell her?

**Q Yeah. Did they send her a letter, an email? Was it verbal?**

A I wouldn't know.

**Q Okay. Well, how do you know they did it at all?**

A I'm pretty sure that was a -- wait. Hold on.

That was a statement from the -- so when I first made the lawsuit, we made a -- I made a lawsuit against the -- the Palm Beach County Sheriff's Office also.

And theirs didn't stick because they had -- they had said that it wasn't supposed to be me.

**Q I'm sorry. You froze out. What was the last part there, sir?**

A So the -- when I -- when I originally filed the lawsuit, it was supposed to be for -- it was supposed to include Palm Beach County Sheriff's Office.

And it -- it didn't stick in court because they had -- because they had sent this -- this note to -- to Kathy.

**Q Okay. When you say, they sent it to her, how**