UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-cv-60378-WPD

LEONARDO SILVA OLIVEIRA,

Plaintiff,

v.

CITY OF COCONUT CREEK, et al.

Defendants.

_______________________________________/

**DECLARATION OF FRANCIS MCMANUS**

Pursuant to 28 U.S.C. § 1746, I declare:

1. My name is Francis McManus. I am over the age of eighteen. I am a defendant in the above-captioned action. The following is based on my personal knowledge.

2. I am a sergeant of the City of Coconut Creek Police Department.

3. I have been a sworn law enforcement officer with the City of Coconut Creek ("CCPD") since 2011.

4. On January 19, 2022, I received a message that a detective with the Palm Beach Sheriff's Office ("PBSO") would like to speak with me about a fugitive case PBSO was working on and may need Coconut Creek's assistance.

5. That day, I called PBSO and spoke with PBSO Detective Judd Brown, in which Det. Brown asked for CCPD to assist in the execution of a warrant.

6. That same day I received a packet (the "Warrant Packet") from PBSO Det. Brown to execute on a violation of probation warrant for Leonardo Silva Oliveira. *See* Warrant Packet attached as **Exhibit 1**.

7. The Warrant Packet contained the warrant and law enforcement database ("LEO database") documents, including information with Plaintiff's driver's license, social security number, and various photographs of the subject.

8. On January 20, 2022, CCPD Detective Sean Brewster contacted Plaintiff's family in search for Leonardo Silva Oliveira. I was informed thereafter that Plaintiff's family was not surprised to learn officers were looking for him as they acknowledged Plaintiff had a criminal case,

that a member of Plaintiff provided CCPD with Plaintiff's workplace information, and that a CCPD officer had called Plaintiff's workplace and confirmed he was working and would get out of work between 5:00 p.m. – 5:30 p.m.

9. I informed PBSO Det. Brown that we had obtained Leonardo Silva Oliveira's workplace information and that we were informed he would get off work between 5:00 p.m. – 5:30 p.m. *See* Printout of Texts exchange attached as **Exhibit 2**.

10. CCPD was dispatched to Plaintiff's place of employment located at 2664 SR 810, Deerfield Beach.

11. At approximately 5:15 p.m. I observed Plaintiff leaving his place of employment and beginning to go in the opposite direction of his house.

12. CCPD detained Plaintiff at that time. After being apprehended, Plaintiff was taken to the parking lot without incident.

13. Plaintiff was positively identified as the subject of the Warrant Packet by his Florida Driver's License, Social Security card, and photo. The date of birth on Plaintiff's driver's license was one digit off from the date of birth on the warrant, but otherwise, the information was a match for Plaintiff. At that time, I believed Plaintiff was the suspect PBSO was looking for.

14. Contrary to the allegations of the complaint, I never "acknowledged that . . . the picture of the Fugitive on the warrant sent to him by PBSO *did not* match the Plaintiff." In fact, the photograph in the warrant resembled Plaintiff, and the Warrant Packet had other photographs of Plaintiff himself, which Plaintiff admitted to CCPD.

15. Plaintiff claimed he was not the subject of the Warrant Packet as he had never been arrested or was on probation.

16. In my experience as law enforcement officer, it is often the case that a suspect claims to be the wrong person, even if the subject is precisely the person sought for an arrest.

17. Notwithstanding, I made contact with Detective Brown of PBSO, the initiating agency, to confirm that we had the correct subject.

18. While still on site, PBSO Det. Brown sent me various text messages indicating he was corroborating the information he had provided in the Warrant Packet.

19. For instance, at approximately 5:24 p.m., I received a text from PBSO Det. Brown with a copy of the same warrant that was included in the Warrant Packet. The warrant displayed Plaintiff's driver's license number.

20. Some minutes later, at approximately 5:27 p.m. PBSO Det. Brown sent a screenshot of information he obtained from PALMS, a law enforcement database, with information about the subject of the Warrant Packet.

21. The PALMS information provided by PBSO Det. Brown showed varied weight and height information for the subject. The subject's height was listed as 5 ft. 6 in., 5 ft. 6 in., 5 ft. 7 in., and 5 ft. 9 in. The subject's weight was listed as 165 lbs., 213 lbs., and 220 lbs.

22. The variation in weight and height as described did not present any concern from a law enforcement perspective.

23. In my experience as a law enforcement officer, we often encounter similar variations in those characteristics, as they are prompt to fluctuating. Weight can fluctuate depending on things like diet, exercise, or even health conditions. Similarly, perception of a person's height can change, depending on things like posture or how it's measured. Those variables are also affected by how the measurements are reported (whether independently measured, estimated, or self-reported).

24. For that reason, when verifying someone's identity, law enforcement officers view as more reliable fixed identifiers like driver's license number and social security number.

25. PBSO Det. Brown then sent me additional information he obtained from Let's ID and DAVID—other law enforcement databases. He confirmed everything matched with Plaintiff's driver's license and the Warrant Packet.

26. The only additional detail found that we could not verify was a notation that the suspect had tattoos (with no further description) on his arms. We rolled up Plaintiff's sleeves and did not observe any tattoos. However, that descriptor is also considered a variable that can fluctuate, as tattoos can be removed.

27. In my experience, it is often possible to remove tattoos without leaving any noticeable trace, depending on the size and type of tattoos.

28. To further confirm if Plaintiff was the correct subject of the Warrant Packet, I then took a photograph of Plaintiff as he was sitting in the back of a CCPD patrol unit at the scene, and sent the photograph to PBSO Det. Brown at approximately 5:50 p.m.

29. BSO Det. Brown then sent me a series of photographs from DAVID, which matched Plaintiff. *See* Exhibit 2 at pg. 9.

30. I instructed CCPD officers to take Plaintiff to the police station, where CCPD could run his fingerprints.

31. Contrary to the allegations in the complaint, PBSO did not request me to use a Rapid ID fingerprint scanner, and the CCPD did not have a functioning Rapid ID fingerprint scanner. Therefore, the allegation that I "refused to comply with PBSO's reasonable request" is untrue.

32. While Plaintiff was being transported to the station, at approximately 6:15 p.m., after I sent him a photograph of Plaintiff, BSO Det. Brown sent me a message confirming: "My sarge says *for sure him*." *See* Exhibit 2 at pg. 10.

33. After BSO Detective Brown communicated that his Sergeant confirmed that the Plaintiff was the correct subject of the warrant, I instructed Plaintiff be taken to the booking facility.

34. Thereafter, at approximately 6:29 p.m., PBSO Det. Brown re-sent me another copy of the warrant, followed immediately by another text saying, "Wrong guy. Sorry. Sending to my sinworker." At first glance, I thought he was referring to Plaintiff and I responded, "It was the wrong guy?" He responded immediately, "No"—I then understood that his message from 6:29 p.m. with a copy of the warrant was meant for his "co-worker" and that he had sent it to me by mistake; meaning he had sent the text to the "wrong guy" (i.e., me) rather than his co-worker, and that he was not referring to Plaintiff being "the wrong guy."

35. I would not have directed the arrest of Plaintiff but for confirmation from the initiating agency, PBSO.

36. At the time of the arrest, I did not know that Plaintiff was not the wanted Leonardo Silva Oliveira.

37. I did not intend to order the arrest of the wrong person for the warrant.

38. I did not direct the arrest of Plaintiff knowing that he was not the subject of the warrant.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

DocuSigned by:
Francis McManus
DADE7CB4CE6B403...

Sergeant Francis McManus

EXHIBIT "1"

**McManus, Francis**

| | |
|---|---|
| **From:** | Brown, Judd S <BrownJU@pbso.org> |
| **Sent:** | Wednesday, January 19, 2022 11:37 AM |
| **To:** | McManus, Francis |
| **Cc:** | Werner, Logan D |
| **Subject:** | Fwd: CHECKLIST AND BACKGROUND - Leo 1.pdf |
| **Attachments:** | image001.png; CHECKLIST AND BACKGROUND - Leo 1.pdf |

See below

[X]

Detective Judd Brown I.D. 6235
Palm Beach County Sheriff's Office
Warrants Division
Cell 561-635-5719
Office 561-688-3856
Fax 561-688-3933
Email:brownju@pbso.org<mailto:brownju@pbso.org>

Begin forwarded message:

From: "Brown, Judd S" <BrownJU@pbso.org>
Date: January 19, 2022 at 11:26:31 AM EST
To: fmcmanus@cocnutcreek.net
Cc: "Werner, Logan D" <WernerL@pbso.org>
Subject: CHECKLIST AND BACKGROUND - Leo 1.pdf

Great talking Sarge. Attached is the background cover with warrant info. Please call me with any info.

Detective Judd Brown #6235
Palm Beach County Sheriff's Office
Warrants Division
Cell 561-635-5719
Office 561-688-3856
Fax 561-688-3933
Email: brownju@pbso.org<mailto:brownju@pbso.org>

(LES/FOUO) LAW ENFORCEMENT SENSITIVE - FOR OFFICIAL USE ONLY

WARNING:

This communication maybe confidential, privileged and/or proprietary and is meant only for the intended recipient(s) and/or their agents. If you are not the intended recipient, please notify Detective Judd Brown and delete this communication from your system. Active Criminal Intelligence information and Active Criminal Investigative information are exempt from 119.07(1), Florida State Statues (FSS) and 24(a), Article 1 of the Florida State Constitution (FSC). This transmission is also protected by the Electronic Communications Privacy Act, Title 18 U.S.C., Sections 2510-2521 and intended to be delivered only to the named addressee(s) herein.

VF

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket #: 50-2017-CF-008493-AXXX-MB
DC #: W55216
Judge/Division: Caracuzzo / Z

2018 AUG

# WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, Kathy Norton has made oath that on the 23rd day of October, A.D. 2017 one Leonardo Silva Oliveira, hereinafter referred to as the aforesaid, was placed on **probation** for the offense of I-Burglary of A Dwelling, II-Grand Theft in the Circuit Court of Palm Beach County, for a term of 18 Months in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his **probation** in a material respect by

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 5-4-18, the offender was instructed by Officer Kathy Norton to report to the probation office 6-1-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed in that, on 7-6-18, the offender was instructed by Officer Kathy Norton to report to the probation office 7-6-18, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender failed to report as directed, as of 8-15-18.

**Violation of Condition (2) of the Order of Probation,** by failing to pay the State of Florida the amount of $50.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that the offender owes $450.00 as of 8-15-18.

**Violation of Condition (3) of the Order of Probation,** by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer Kathy Norton states that on or about 7-25-18, the offender did move from his last known place of residence at 545 Trace Circle, Apartment #110, Deerfield Beach, FL 33441, without procuring the consent of the probation officer, as told to Officer Norton on 7-25-18, by Morisco Oliviera, the offender's father, and his current whereabouts is unknown.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Aggravated Assault /Weapon on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender violated his probation, Officer Norton states that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Battery on 6-15-18, in Palm Beach County, Florida, and as grounds for belief that the offender was arrested on 6-16-18, for the said offense by Boca Raton Police Department, as told to Officer Norton by Boca Raton Police Report.

MAZ #9239
✓ 08/27/18

CASE # 50-2017-CF-008493-AXXX-MB

IN THE CIRCUIT COURT OF PALM BEACH COUNTY

**STATE OF FLORIDA**

**VIOLATION OF PROBATION WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**LEONARDO SILVA OLIVEIRA**



THIS WARRANT WAS RECEIVED BY THIS DEPARTMENT AT ______________________ COUNTY, FLORIDA ON THE ____________ DAY OF ______________________, A.D. 20_____, AND EXECUTED IN __________________ COUNTY, FLORIDA ON THE ______________ DAY OF ______________________________, A.D. 20_____, BY ARRESTING THE WITHIN NAMED

______________________________________

______________________________________

**ARRESTING OFFICER**

______________________________________

**DEPARTMENT**

______________________________________

**DATE AND TIME OF SERVICE**

______________________________________

**PLACE OF SERVICE**

IDENTIFYING DATA

AKA: _____
RACE: *white* SEX: Male DOB: *12-12-1995*
SMT: _____
HGT: 5'6" WGT: 213
EYES: Brown HAIR: ~~Black~~ Brown
SS#: FDLE#: 08357168
DL#: S414520954620
CURRENT LOCATION/LAST KNOWN ADDRESS: Unknown—LKA- 545 TRACE CIR, #110, Deerfield Bch, FL 33441

Phone: (Home) _____ (Cell) 561 - 763 - 2802
Residing with/relationship:
Employer name/phone: _____
Place of birth: RIO DE JANERIO
Vehicle info: none

| | Yes | No |
|---|---|---|
| History of violence: | ☒ | ☐ |
| Prior resisting arrest: | ☐ | ☒ |
| Prior use or possession of weapon | ☐ | ☒ |
| Interstate Compact case: | ☐ | ☒ |

(If yes, signed copy of "Offender Application for Interstate Compact Transfer" is attached)

page2-war
50-2017-CF-008493-AXXX-MB
Leonardo Silva Oliveira
W55216

**Violation of Condition (10) of the Order of Probation,** by failing to make court costs payments to the probation officer as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated her probation. Officer Kathy Norton states the offender owes $756.00 as of 8-15-18 and supervision terminates on 4-22-19.

**Violation of Special Condition (8) of the Order of Probation,** by failing to successfully complete 100 hours of community service, at a rate of 10 hours per month, at a work site approved by the officer, and as grounds for belief that the offender violated his probation. Officer Norton states that the offender was instructed on 11-6-17 to complete 100 community service hours and the offender has not submitted verification of completion of his hours as of 8-15-18.

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid Leonardo Silva Oliveira, and bring him before me to be dealt with according to law.

Given under my hand and seal this 22 day of Aug, A.D. 2018

Cheryl Caracuzzo

Judge Cheryl Caracuzzo
Circuit Court in and for Palm Beach County

✓ No bond, Nationwide extradition required by Interstate Compact
___ ROR
___ Bond set at $______
Extradition Instructions:

DC3-217 (Revised 11/15/16)

Distribution: Original: Sheriff's Office
Copy: Court File
Copy: DC Offender File

```
9239
                                DATE: Aug 27,2018              TIME: 1702       EL00
       P A L M S   N O =  6208995                                PAGE    1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                   LOC= MAIN JAIL 06/16/2018
 THERE ARE OUTSTANDING WARRANTS FOR THIS PERSON     WARRANTS =  1 OTHERS =  0
OLIVEIRA            LEOANARDO                     WHITE  MALE  DOB= 12/12/1995 ST=
    HGT= 5 06    WGT= 213   HAIR= BROWN   EYE= BROWN
OLIVEIRA            LEO                           WHITE  MALE  DOB= 12/12/1995 ST=
    HGT= 5 07    WGT= 165   HAIR= UNKNOWN EYE= UNKNOWN
OLIVEIRA            LEONARDO                      WHITE  MALE  DOB= 12/12/1995 ST= BZ
    HGT= 5 06    WGT= 220   HAIR= BROWN   EYE= BROWN
OLIVEIRA            LEONARDO    SILVA             WHITE  MALE  DOB= 12/12/1995 ST=
    HGT= 5 06    WGT= 213   HAIR= BROWN   EYE= BROWN
OLIVEIRA            LEONARDO    SILVA             UNKNOW MALE  DOB= 12/02/1995 ST=
    HGT= 5 09    WGT=  00   HAIR= UNKNOWN EYE= UNKNOWN
  **HISPANIC**
SILVA OLIVEIRA      LEONARDO                      WHITE  MALE  DOB=             ST=
    SS#= 831 67 1787     JACKET= 0490572       OCCUPATION= SALES
    FBI= 562815PE6       D.O.C.#= W55216       STATE=
    SCARS-MARKS-TATOOS= TAT L ARM
    NCIC FINGERPRINTS=                            AFIS NO=   2017028361
  TAT(S):R ARM;R HND/AR-203039337;204520087/FN-1104930320/DL:0416520954520/FL
 08/27/2018   00545     TRACE        CR   APT= 110  DEERFIELD     FL   33441
 08/27/2018   03430  W  HILLSBORO    BD   APT= 106  COCONUT CR    FL   33073
 06/16/2018   00327  NW 43RD         ST   APT=      POMPANOBCH    FL   33064
 08/15/2017   00000     AT LARGE          APT=      DEERFIELD     FL   12345
 11/14/2016   00429  SE 13TH         CT   APT= I100 DEERFIELD     FL   33441
    DRIV LIC#= S414 520 95 462 0          FL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 WARR# 17 008493   CFAXX DIV Z    FELONY       PROBTN VIO STA ISSUED 08/22/2018
   AGENCY=         ENTERED BY=  2400 OFFICER ID=         PBSO CASE NO=
   STATUTE=     .           A/C NO=                  I/C=    VNF=
   BOND AMT= NONE      WARRANT    JUDGE= CARACUZZO
VIOLATION OF PROBATION: CT 1) BURGLARY OF A DWELLING
CT 2) GRAND THEFT
 **WE WILL EXTRADITE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WARRANT HISTORY-VARIABLE INFORMATION=====>
  16 009675   MMAXX 08/13/2017 EXEC
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 ARREST HISTORY=====>
NO= 2018020033     DATE= 06/16/2018 32 BATTERY          CASE               CNTS= 01
NO= 2018020033     DATE= 06/16/2018 32 AGG ASSAULT      CASE               CNTS= 01
NO= 2017037280     DATE= 10/27/2017 32 OUT OF CNTY WAR  CASE               CNTS= 01
NO= 2017029577     DATE= 08/23/2017 32 BURG UNARM W/O   CASE               CNTS= 01
NO= 2017029577     DATE= 08/23/2017 32 G THFT 300-5000  CASE               CNTS= 01
NO= 2017028361     DATE= 08/13/2017 32 TRESPASS OCC     CASE               CNTS= 01
NO= 2017028362     DATE= 08/13/2017 32 WARRANT ARREST   CASE               CNTS= 01
END OF DATA FOR THIS PALMS
```

PHOTO CARD

PALM BEACH CNTY SHERIFF'S OFFICE

Name OLIVEIRA, LEONARDO
Jacket #: 0490572
ID #: 20180616012
Photo Date: 06/16/2018
Book #:

0
4
9
0
5
7
2



P
B
S
O

P
H
O
T
O



7/12/21 Date:

Date:

**Case Number:**

**Warrant Type:** WARRANT ☑ CAPIAS ☐

**Warrant Issued:** 08/22/2018

**Warrant #:** 17 008493 CFAXX

**Addresses:**

3430 W HILLSBORO BLVD APT 106
COCONUT CREEK, FL 33073-2122

Name: OLIVEIRA LEONARDO

DOB: 12/12/1995 S.S. : 831 67 1787

DL # S414 520 95 462 0 FL

Phone: 709-771-3379 /754-227-7087

Charges: VIOLATION OF PROBATION

Height/ Wt: 5-6 / 200

**Vehicles and/or additional photographs:**

NONE

**Criminal History:**
BATTERY
AGG ASSAULT
OUT OF CNTY WAR
BURG UNARM W/O

**Notes:**

WARR#= 17 008493 CFAXX DIV= Z FELONY PROBTN VIO STA ISS= 08/22/2018
AGENCY= ENTERED BY= 2400 OFFICER ID= SGTS
PBSO CASE NO= STATUTE= . I/C= VNF=
BOND AMT= NONE WARRANT A/C NO= JUDGE= CARACUZZO
VIOLATION OF PROBATION: CT 1) BURGLARY OF A DWELLING
CT 2) GRAND THEFT
**WE WILL EXTRADITE**

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 8/27/2018 7:09:58 AM

## Record Detail

| | | |
|---|---|---|
| **Customer Name:** LEONARDO SILVA OLIVEIRA | **Driver License Status:** Suspended on 05/29/2018 | |
| **DL/ID:** S414-520-95-462-0 | **SSN:** 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 | **Class:** E |
| **Previous DUI:** 0<br>*This count reflects total DUI convictions on record* | **Previous DWLS:** 0<br>*This count reflects total DWLS convictions on record* | |





TEMPORARY
REAL ID COMPLIANT

| | | | | |
|---|---|---|---|---|
| **Address:** 3430 W HILLSBORO BLVD APT 106 COCONUT CREEK, FL 33073-2122 | **Date of Birth:** 12/22/1995 | **Gender:** MALE | **Height:** 5' 9" | |
| **Original License Issue Date:** 06/13/2016 | **Issued:** 06/13/2016 | **Expires:** 03/09/2018 | **Replaced:** 12/22/2017 | |
| **CDL Status:** Non Eligible | | | | |
| **Form Number:** R051712220338 | | | | **EIN:** 0100314929617319 |
| **Citizen Status:** NON IMMIGRANT | **Country of Birth:** BRAZIL | **State of Birth:** | **Alien Registration Number:** A204520087 | |
| **Race:** HISPANIC/LATINO | | | | |

| **Restrictions:** | **Endorsements:** | **Conditional Messages:** |
|---|---|---|

DAVID
DRIVER AND VEHICLE
INFORMATION DATABASE

# STATE OF FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 8/27/2018 7:10:10 AM EST

# Vehicle Details

| Year: 2005 | Make: AMERICAN HONDA MOTOR CO, INC | VIN: 2HGES16635H568734 |
|---|---|---|

## Stop Information

**Stops**

| Stop Type: | Stop Issue Type: | Stop Issue Date |
|---|---|---|
| CUSTOMER | DRIVER LICENSE | 05/29/2018 |

## Vehicle Detail

| Color: | Vehicle Type: | Vehicle Use: | Fleet/Unit: | Body: | Class Code: |
|---|---|---|---|---|---|
| ALUMINUM / SILVER | AUTO | PRIVATE | / | 4 DOOR | PASSENGER VEHICLE |

Brands:

| Net Weight: | Odometer Mileage: | Odometer Status: | Odometer Unit of Measure: | Odometer Date: |
|---|---|---|---|---|
| 2,552 | | EXEMPT | | |

## Registration

| License Plate: | Plate Issue Date: | Plate Type | Status: |
|---|---|---|---|
| IVPC03 | 12/23/2017 | SUNSHINE STATE | ACTIVE |
| **Effective Date:** | **Expiration Date:** | **Registration Type:** | **Registration Use:** |
| 06/02/2018 | 12/22/2018 | REGULAR | PRIVATE |
| **Decal Number / Year:** | **Activity County:** | **Activity Agency:** | |
| 17842041/2018 | BROWARD | BROWARD CO 10 AG 08 LPA DEERFIEL | |

**Owners**

| Owner | DL: | DOB: | Race: | Sex: |
|---|---|---|---|---|
| LEONARDO SILVA OLIVEIRA<br>3430 W HILLSBORO BLVD APT 106<br>COCONUT CREEK, FL 33073-2122 | S414520954620 | 12/22/1995 | | M |

FQI FL050943

6

562815PE6

C

--FLORIDA CCH RESPONSE--

QI.FBI/562815PE6.PUR/C

HIT NUMBER 01 ** FLORIDA CRIMINAL HISTORY ** AS OF 08/27 AT 07:11 AM

SID/08357168 HAI/BRO EYE/BRO RAC/W DLT/07/16/2018 FPC/

REF/00000000 HGT/506 WGT/220 SEX/M SKN/ POB/ FBI/562815PE6 AFS/IN-3

OCC/ LRA/327 NW 43RD ST POM CIT/POMPANO BEA, FL DOC/

| NAM/AKA | DOB | SSN | MNU | SMT |
|---|---|---|---|---|
| OLIVEIRA, LEOANARDO | 12/12/1995 | 831671787 | | TAT R ARM |
| OLIVEIRA, LEONARDO | 12/02/1995 | | | TAT L ARM |
| | | | | TAT R HND |

SINGLE-SOURCE-OFFENDER- IN III

-- END --

--NCIC--
7L01FLA0222854686
FL0509436
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/OLIVEIRA,LEONARDO DOB/19951212 SEX/M RAC/W SOC/831671787 PUR/C

| NAME | FBI NO. | INQUIRY DATE |
|---|---|---|
| OLIVEIRA,LEONARDO | 562815PE6 | 2018/08/27 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | PHOTO |
|---|---|---|---|---|---|---|---|
| M | W | 1995/12/12 | 507 | 165 | BRO | BRO | Y |

BIRTH PLACE
BRAZIL

FINGERPRINT CLASS PATTERN CLASS

ALIAS NAMES
OLIVEIRA,LEOANARDO

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| 1995/12/02 | TAT L ARM | 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 | AR-A203039337 |
| | TAT R ARM | | FN-1104930320 |
| | TAT R HND | | |

IDENTIFICATION DATA UPDATED 2018/06/16

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE FOLLOWING:
FLORIDA - STATE ID/FL08357168

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END
--END--

EXHIBIT “2”

Hey Brown,

We sat on your guy last night and this morning. Nothing yet. We do know where he works and confirmed with the manager that he is working today. He is supposed to get off around 5- 5:30 ish and that's when we are hoping to grab him. I will keep you posted

15:24

Awesome

15:58



morning. Nothing yet. We do know where he works and confirmed with the manager that he is working today. He is supposed to get off around 5- 5:30 ish and that's when we are hoping to grab him. I will keep you posted

15:24

D

Awesome

15:58

D




17:24

D




VIOLATION OF PROBATION
WARRANT

ORDER TO TAKE INTO CUSTODY

STATE OF FLORIDA
VS.
LEONARDO SILVA OLIVEIRA

EXECUTED IN ____________ COUNTY,
FLORIDA ON THE ____________ DAY OF
____________, A.D. 20____
BY ARRESTING THE WITHIN NAMED

____________
ARRESTING OFFICER
____________
DEPARTMENT

17:25

D


```
6235                DATE: Jan 20,2022              TIME: 1726                 EL08
BKINQ                  P A L M S    S C R E E N          1 OF  40
PALMS NO=  6208995          PERCENTAGE: 1 OF 1 AT 100 %         PAGE    3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
VIOLATION OF PROBATION: CT 1) BURGLARY OF A DWELLING
CT 2) GRAND THEFT
 **WE WILL EXTRADITE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 WARRANT HISTORY-VARIABLE INFORMATION=====>
  16 009675   MMAXX 08/13/2017 EXEC
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 ARREST HISTORY=====>
 NO= 2018020033 DATE= 06/16/2018  32 BATTERY          CASE=          CNT 01
 NO= 2018020033 DATE= 06/16/2018  32 AGG ASSAULT      CASE=          CNT 01
 NO= 2017037280 DATE= 10/27/2017  32 OUT OF CNTY WAR  CASE=          CNT 01
 NO= 2017029577 DATE= 08/23/2017  32 BURG UNARM W/O   CASE=          CNT 01
 NO= 2017029577 DATE= 08/23/2017  32 G THFT 300-5000  CASE=          CNT 01
 NO= 2017028361 DATE= 08/13/2017  32 TRESPASS OCC     CASE=          CNT 01
 NO= 2017028362 DATE= 08/13/2017  32 WARRANT ARREST   CASE=          CNT 01
END OF DATA FOR THIS PALMS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PF-KEY: 2=RTRN 3=ONC 5=HAB 6=SHO 7=ASSOC 8=GANG 10=BKG 12=EXT 13=BKPND 14=MENU
15=LEMS 16=GRNCD 17=OFF 18=CLAB 20=EVI 21=TTY 22=PLMU 24=PRT PA1=NEXT PA2=PREV
```

17:27

D

I'm sending you let's ID picture 17:28

D



```
SCARS-MARKS-TATOOS= TAT L ARM
TAT(S):R ARM;R HND/AR-203039337;204520087/FN-1104930320/DL:0416520954520/FL
08/27/2018   00545     TRACE        CR    APT= 110  DEERFIELD     FL   33441
08/27/2018   03430  W  HILLSBORO    BD    APT= 106  COCONUT CR    FL   33073
06/16/2018   00327  NW 43RD         ST    APT=      POMPANOBCH    FL   33064
(OFFENSE ADDRESS)
08/15/2017   00000     AT LARGE           APT=      DEERFIELD     FL   12345
11/14/2016   00429  SE 13TH         CT    APT= I100 DEERFIELD     FL   33441
   DRIV LIC#= S414 520 95 462 0          FL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WARR#= 17 008493   CFAXX DIV= Z   FELONY       PROBTN VIO STA   ISS= 08/22/2018
AGENCY=          ENTERED BY=  2400     OFFICER ID= SGTS
PBSO CASE NO=              STATUTE=   .            I/C=     UNF=
BOND AMT= NONE      WARRANT     A/C NO=                JUDGE= CARACUZZO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PF-KEY: 2=RTRN 3=ONC 5=HAB 6=SHO 7=ASSOC 8=GANG 10=BKG 12=EXT 13=BKPND 14=MENU
15=LEMS 16=GRNCD 17=OFF 18=CLAB 20=EVI 21=TTY 22=PLMU 24=PRT PA1=NEXT PA2=PREV
```

```
6235
BKINQ                    DATE: Jan 20,2022                TIME: 1726
PALMS NO=  6208995         P  A  L  M  S      S  C  R  E  E  N        1 OF  40
                             PERCENTAGE: 1 OF 1 AT 100 %              PAGE    1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                     AFIS NO= 2017028361
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                              LOC= MAIN JAIL 06/16/2018
 THERE ARE OUTSTANDING WARRANTS FOR THIS PERSON    WARRANTS =  1 OTHERS =
OLIVEIRA         LEOANARDO                     R: W S: M DOB 12/12/1995 POB
    HGT= 5 06    WGT= 213   HAIR= BROWN    EYE= BROWN
OLIVEIRA         LEO                           R: W S: M DOB 12/12/1995 POB
    HGT= 5 07    WGT= 165   HAIR= UNKNOWN EYE= UNKNOWN
OLIVEIRA         LEONARDO                      R: W S: M DOB 12/12/1995 POB BZ
    HGT= 5 06    WGT= 220   HAIR= BROWN    EYE= BROWN
OLIVEIRA         LEONARDO    SILVA             R: W S: M DOB 12/12/1995 POB
    HGT= 5 06    WGT= 213   HAIR= BROWN    EYE= BROWN
OLIVEIRA         LEONARDO    SILVA             R: U S: M DOB 12/02/1995 POB
    HGT= 5 09    WGT=  00   HAIR= UNKNOWN EYE= UNKNOWN
  **HISPANIC**
SILVA OLIVEIRA   LEONARDO                      R: W S: M DOB            POB
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PF-KEY: 2=RTRN 3=ONC 5=HAB 6=SHO 7=ASSOC 8=GANG 10=BKG 12=EXT 13=BKPND 14=MENU
15=LEMS 16=GRNCD 17=OFF 18=CLAB 20=EVI 21=TTY 22=PLMU 24=PRT PA1=NEXT PA2=PREV
```


```
6235
BKINQ                    DATE: Jan 20,2022                TIME: 1726
PALMS NO=  6208995         P  A  L  M  S      S  C  R  E  E  N        1 OF  40
                             PERCENTAGE: 1 OF 1 AT 100 %              PAGE    1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                     AFIS NO= 2017028361
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                              LOC= MAIN JAIL 06/16/2018
 THERE ARE OUTSTANDING WARRANTS FOR THIS PERSON    WARRANTS =  1 OTHERS =
OLIVEIRA         LEOANARDO                     R: W S: M DOB 12/12/1995 POB
    HGT= 5 06    WGT= 213   HAIR= BROWN    EYE= BROWN
OLIVEIRA         LEO                           R: W S: M DOB 12/12/1995 POB
    HGT= 5 07    WGT= 165   HAIR= UNKNOWN EYE= UNKNOWN
OLIVEIRA         LEONARDO                      R: W S: M DOB 12/12/1995 POB BZ
    HGT= 5 06    WGT= 220   HAIR= BROWN    EYE= BROWN
OLIVEIRA         LEONARDO    SILVA             R: W S: M DOB 12/12/1995 POB
    HGT= 5 06    WGT= 213   HAIR= BROWN    EYE= BROWN
```




Florida
TEMPORARY
DRIVER LICENSE
USA
4d DLN S414-520-95-462-0
9 CLASS E
1 SILVA OLIVEIRA
2 LEONARDO
8 3430 W HILLSBORO BLVD APT 106
COCONUT CREEK, FL 33073-2122
3 DOB 12/22/1995
15 SEX M
4b EXP 07/01/2023
16 HGT 5'-09"
12 REST NONE
9a END NONE
4a ISS 07/12/2021
Operation of a motor vehicle constitutes
consent to any sobriety test required by law.



17:50

D






Even the DL matches in PALMS and below is the warrant. Crazy 18:14

18:14 Yea I just double check also

D My sarge says for sure him. As for Lets id. No clue. 18:15

D And of course the third picture in DAVID matches the david picture in

clue. 18:15

And of course the third picture in [redacted] matches the [redacted] picture in the warrant packet.

Thanks brother.

If you get anything in Palm Beach County please send it my way 18:16

18:17 Any time. Will do

One last thing. Warrant has his DL number. 18:22

18:23 Yea



number.

18:22

Yea

18:23

D



IDENTIFYING DATA

AKA: ____

RACE: white SEX: Male DOB: 12-

SMT: ____

HGT: 5'6" WGT: 213

EYES: Brown HAIR: ~~Black~~ Br

SS#: FDLE#: 08357168

DL#: S414520954620

CURRENT LOCATION/LAST KNOWN AI

Unknown—LKA- 545 TRACE CIR, #110, D

Bch, FL 33441

Phone: (Home) ____ (Cell) 561 - 763 - 280

Residing with/relationship:

Employer name/phone: ____

Place of birth: RIO DE JANERIO

Vehicle info: none

Yes ☒

History of violence:

18:23






Match

18:25

D

Ok cool

18:26

D

DAVID Driver and Vehicle Information Database — Page 1 of 1

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed 8/27/2018 7:09:58 AM

**Record Detail**

| | | |
|---|---|---|
| **Customer Name:** LEONARDO SILVA OLIVEIRA | **Driver License Status:** Suspended on 05/29/2018 | |
| **DL/ID:** S414-520-95-462-0 | **SSN:** 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 | **Class:** E |
| **Previous DUI:** 0 *This count reflects total DUI convictions on record* | **Previous DWLS:** 0 *This count reflects total DWLS convictions on record* | |

Address

R051712220338 0100314925617319

TEMPORARY
REAL ID COMPLIANT

| Citizen Status: | Country of Birth: | State of Birth: | Alien Registration Number: |
|---|---|---|---|
| NON IMMIGRANT | BRAZIL | | A204520087 |
| Race: HISPANIC/LATINO | | | |

| Restrictions: | Endorsements: | Conditional Messages: |
|---|---|---|

IN THE CIRCUIT COURT OF PALM BEACH COUNTY

STATE OF FLORIDA

VIOLATION OF PROBATION WARRANT

ORDER TO TAKE INTO CUSTODY

STATE OF FLORIDA
VS.

LEONARDO SILVA OLIVEIRA



RECEIVED AT ______________ COUNTY, FLORIDA ON THE __________ DAY OF ______________, A.D. 20_____, AND EXECUTED IN ______________ COUNTY, FLORIDA ON THE __________ DAY OF ______________, A.D. 20_____, BY ARRESTING THE WITHIN NAMED

______________________________

______________________________

ARRESTING OFFICER

______________________________

DEPARTMENT

______________________________

DATE AND TIME OF SERVICE

______________________________

PLACE OF SERVICE

IDENTIFYING DATA

AKA ______
RACE white SEX Male DOB 12-12-1993
SMT ______
HGT 5'6" WGT 213
EYES Brown HAIR ~~Black~~ Brown
SS# [illegible]
DL# [illegible]
CURRENT LOCATION/LAST KNOWN ADDRESS
Unknown—LKA: 545 TRACE CIR. #110, Deerfield Bch, FL 33441

Phone: (Home) ______ (Cell) 561 - 763 - 2802
Residing with/relationship
Employer name/phone ______
Place of birth: RIO DE JANEIRO
Vehicle info: none

| | Yes | No |
|---|---|---|
| History of violence | ☒ | ☐ |
| Prior resisting arrest | ☐ | ☒ |
| Prior use or possession of weapon | ☐ | ☒ |
| Interstate Compact case | ☐ | ☒ |

(If yes, signed copy of "Offender Application for Interstate Compact Transfer" is attached)

18:29

D

Wrong guy. Sorry. Sending to my coworker



DEPARTMENT

DATE AND TIME OF SERVICE

PLACE OF SERVICE

IDENTIFYING DATA

AKA: ____
RACE: *white* SEX: Male DOB: *12-12-1995*
SMT: ____
HGT: 5'6" WGT: 213
EYES: Brown HAIR: ~~Black~~ Brown
SS#: [redacted]
DL#: [redacted]

Phone: (Home) ____ (Cell) 561 - 763 - 2892
Residing with/relationship:
Employer name/phone: ____
Place of birth: RIO DE JANERIO
Vehicle info: none

[redacted]

18:29

D: Wrong guy. Sorry. Sending to my sinworker 18:30

18:35 It was the wrong guy?

D: No 18:35

18:35 Oh ok lol