TARGET PROVIDED THIS FL DL TO OFFICER AT SCENE PRIOR TO ARREST. THE FL DL NUMBER, SOCIAL ADDRESS AND NAME ALL MATCH THE TARGET. SGT FRANK MCMANUS ADVISED THAT HE WILL LET THE JAIL SORT IT OUT SINCE HE FEELS COMFORTABLE WITH IT ALL MATCHING. THE ONLY ITEM THAT DID NOT MATCH WAS HTE DOB 12/22/95 VS WARRANT 12/12/95. THERE WAS TATS ON THE ARMS BUT THIS SUSOECT HAD NONE.

