UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60378-WPD

LEONARDO SILVA OLIVEIRA,

    Plaintiff,

vs.

CITY OF COCONUT CREEK, GREGORY
TONY, As Sheriff of Broward County,
FLORIDA DEPARTMENT OF CORRECTIONS,
and SGT. FRANCIS MCMANUS, PROBATION
OFFICER KATHY NORTON AND OTHER
OFFICERS, DEPUTIES and/or OTHER
EMPLOYEES, individually,

    Defendant.
_____/

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order, a mediation conference was held on March 17, 2025, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    __X__    All individual parties and their respective trial counsel.

    __X__    Designated corporate representatives.

    __X__    Required claims professionals.

(b)    The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered: NONE.

(c)    The outcome of the mediation conference was:

    __X__    The case has been completely settled.

    ____    The case has been partially resolved and counsel has been instructed to file a joint stipulation regarding those claims/parties which have been resolved within ten (10) days.

    ____    The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

____ The parties have reached an impasse.

**Done   March 28, 2025,** in Miami-Dade County, Florida.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 28, 2025, the foregoing was filed with the Clerk of Court which sent notification to the following via e-mail:   **Michael Schutt, Esquire,** schutt@thetrialfirm.com; **Joan Carlos Wizel, Esquire and Onier Llopiz, Esquire,** jcw@l-wfirm.com; ol@l-wfirm.com; gb@l-wfirm.com; admin@l-wfirm.com; cp@l-wfirm.com; **Christopher Whitelock, Esquire and Meredith Chaiken, Esquire,** cjw@whitelocklegal.com; mac@whitelocklegal.com; ark@whitelocklegal.com.

*/s/ Ricardo J. Cata*
Ricardo J. Cata., Mediator
Mediator # 30040R
Upchurch Watson White & Max
2 S. Biscayne Blvd, Suite 2030
Miami, Florida  33131
305-266-1224 phone/ 305-640-8447 fax
rcata@uww-adr.com